UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANSSEN PRODUCTS, L.P. *et al.*,

                           Plaintiffs,

                -v-

EVER VALINJECT GMBH *et al.*,

                           Defendants.

26 Misc. 31 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Plaintiffs move for a protective order precluding the deposition of third-party Dr. Dilip Gole, pursuant to a subpoena issued under Federal Rule of Civil Procedure 45. The subpoena was issued in connection with *Janssen Prods., L.P. v. EVER Valinject GmbH*, 24 Civ. 7319, which is pending in the Northern District of Illinois. The parties and Dr. Gole stipulate to the motion's transfer to that District "as the more appropriate forum." *See* Dkt. 6 at 1 n.1.

The Court accordingly directs the Clerk of Court to transfer this case to the United States District Court for the Northern District of Illinois. The Court further directs the Clerk of Court to terminate all pending motions.

        SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 3, 2026
       New York, New York